IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3013 |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY HARRIS, | ) | TENTATIVE FINDINGS ON |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

      The government has objected to paragraphs 33, 38, 39, and 41 of the Presentence Investigation Report. The defendant has no objection to the report, but if the court finds the total offense level to be above level 4, he asks for the opportunity to file a downward departure/variance motion related to his obtaining a probationary sentence.

      Both parties asked for opportunity to present evidence.

      Other than as to paragraphs objected to by the government, I find the Presentence Investigation Report to be true and accurate. An evidentiary hearing shall be had at the time of the sentencing, with both parties having the opportunity to offer evidence that may approximate one hour per side.

      Dated August 24, 2010.

                                      BY THE COURT

                                      s/ Warren K. Urbom
                                      United States Senior District Judge