IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3013 |
| ) | |
| BRADLEY HARRIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Mr. Harris' Unopposed Motion to Continue Sentencing Hearing, filing 56. The Court noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Mr. Harris' sentencing hearing shall be continued until the 30th day of November, 2010, at 1:30 p.m. Mr. Harris is ordered to appear at said time.

DATED this 2nd day of November, 2010.

BY THE COURT:

s/ Warren K. Urbom
_____
The Honorable Warren K. Urbom
United States Senior District Judge