IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3013 |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY HARRIS, | ) | ORDER ON ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the oral motion by the government to continue the sentencing hearing, docket entry 80, is granted;

2. the hearing is rescheduled and shall commence at 12:15 p.m. on February 14, 2011, in Courtroom No. 4, U.S. Courthouse 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated January 19, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge