IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:10CR3013 |
| | ) | |
| BRADLEY HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Mr. Harris' Unopposed Motion to Continue Motion for Variance and Supporting Brief, filing 77.  The Court noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Harris' deadline for filing a variance motion and supporting brief shall be continued until the 19th day of January, 2011.

DATED this 19th day of January, 2011.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge